IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-02442-MSK-MJW

JOE WALLACE PEEPLES III,

Plaintiff(s),

v.

CO DIAZ DEL CAMPO,
CO DOLLARD, and
WARDEN GARCIA,

Defendant(s).

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Defendants' Motion to Stay Discovery and February 3, 2014 Conference (Docket No. 24) is granted.  It is thus further

      ORDERED that discovery in this matter is stayed until further order of the court.  It is also further

      ORDERED that the Scheduling Conference set on February 3, 2014, at 9:30 a.m. is VACATED.

Date: January 29, 2014